IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40347
Summary Calendar
_____

ARNOLD DAVILA,

Plaintiff-Appellant,

versus

ARANSAS PASS, CITY OF TEXAS, ET AL.,

Defendants,

and

BONNIE MCCARTY, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-90-CV-121
- - - - - - - - - -
March 7, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Arnold Davila appeals the district court's grant of summary
judgment in favor of the defendants on his civil rights
complaint.  Davila argues that the district court erred by
dismissing his claims regarding: (1) the validity of his

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

conviction; (2) access to the courts; (3) conditions of confinement; and (4) inadequate diet.

We have reviewed the record and the reasons for dismissal given by the district court and perceive no reversible error. Accordingly, we AFFIRM for the reasons stated in the district court's opinion.  AFFIRMED.